CHRISTOPHER J. DASTI, ESQ. [013802010]

**DASTI & STAIGER**
310 Lacey Road | P.O. Box 779
Forked River, NJ 08731
O: 609-549-8990   F: 609-549-5043

Attorneys for Defendant Manchester Township

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM ORELLANA-VALLADAR,<br><br>    Plaintiff,<br><br>vs.<br><br>MANCHESTER TOWNSHIP, CHIEF OF POLICE ROBERT M. DOLAN, JR.; JOHN DOES 6-10 (fictitious individuals), Personnel of the Manchester Township Police Department in supervisory capacities; DETECTIVE ADAM GUKER; DETECTIVE RICHARD CONKLIN, DETECTIVE JOSEPH FASTIGE and JOHN DOES 1-5, (fictitious individuals), members of Manchester Township Police Department,<br><br>    Defendants. | Civil Action No. 1:23-cv-22869(GXH)<br><br>CIVIL ACTION |

### NOTICE OF SUBSTITUTION OF ATTORNEY

The undersigned notifies the Court that Christopher J. Dasti, Esq. will be substituted as attorney of record for Defendant Manchester Township, in this case.

                                           *s/ Christopher J. Khatami*
                                           CHRISTOPHER A. KHATAMI, ESQ.
                                           Withdrawing Attorney

Date: December 5, 2024                  *s/ Christopher J. Dasti*
                                           CHRISTOPHER J. DASTI, ESQ.
                                           Superseding Attorney